

June 19, 2019

Dov Michael Mittelman
Yaakov Saks
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
mittelmandov@yahoo.com
ysaks@SteinSaksLegal.com
(via First Class Mail, with a
copy by email)

**Re:** **Traynor v. The Hereafter, Inc 1:19-cv-03021-GBD**

Dear Mr. Mittelman,

Please find enclosed a copy of our proposed Motion for Sanctions under Fed. R. Civ. Pro. 11. Please note that, pursuant to Fed. R. Civ. Pro. 11 (c)(2) and Rule 5(b)(1) and (b)(2)(C), as of the mailing date of this letter (June 19, 2019), the 21 day period for you to withdraw or correct the Complaint has begun. If, after this time period (the "Safe Harbor"), the Complaint has not been corrected or withdrawn, we will have the right to file the motion in court.

Sincerely,

Ted Sabety.

# CERTIFICATE OF SERVICE

Defendant The Hereafter, Inc. d/b/a Areaware, Inc. hereby certifies that a copy of this MOTION FOR SANCTIONS under Rule 11 has been served upon attorney for Yaseen Traynor, on this 19th day of June, 2019, by First Class U.S. Mail, postage prepaid, at the following address:

Dov Michael Mittelman
Yaakov Saks
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601

*Attorneys for Plaintiff*

_____
Ted Sabety

**mheller@sabety.net**
_____

| | |
|---|---|
| From: | mheller@sabety.net |
| Sent: | Wednesday, June 19, 2019 3:39 PM |
| To: | 'mittelmandov@yahoo.com' |
| Cc: | 'ted@sabety.net' |
| Subject: | Traynor v. The Hereafter Inc. d/b/a Areaware Inc., Case No. 19cv3021 --- Rule 11 Motion |
| Attachments: | Rule 11.zip |

Mr. Mittleman:

Please see the attached Rule 11 Motion. A copy has been sent via First Class Mail, as well.

Melissa Heller



Sabety + Associates PLLC
733 Third Avenue, 15th Floor
New York, NY 10017

212 481 8686 ext 2 ph
646.349.2782 fax

www.sabety.net

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message. Thank You!

**mheller@sabety.net**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@rs160.luxsci.com> |
| **Sent:** | Wednesday, June 19, 2019 3:39 PM |
| **To:** | mheller@sabety.net |
| **Subject:** | Return receipt |
| **Attachments:** | details.txt; Untitled attachment 00182.txt |

The original message was received at Wed, 19 Jun 2019 14:38:15 -0500 from host-135-84-167-205.essensys.tech [135.84.167.205] (may be forged)

   ----- The following addresses had successful delivery notifications ----- <mittelmandov@yahoo.com>  (relayed to non-DSN-aware mailer)

   ----- Transcript of session follows ----- <mittelmandov@yahoo.com>... relayed; expect no further notifications