EXHIBIT C

## mheller@sabety.net

| | |
|---|---|
| **From:** | ted sabety <ted@sabety.net> |
| **Sent:** | Friday, July 19, 2019 3:16 PM |
| **To:** | 'Yaakov Saks'; 'David Force' |
| **Cc:** | mheller@sabety.net |
| **Subject:** | RE: Traynor v Hereafter  Court Order for Demonstration |
| **Importance:** | High |

Yaakov,

We can do a demonstration out our offices in Midtown on July 29th or 30th.    We will need 5 days notice of what time you want to start on which date in order to reserve the conference room.

Thanks,

-t


**From:** ted sabety <ted@sabety.net>
**Sent:** Friday, July 19, 2019 12:17 PM
**To:** 'Yaakov Saks' <ysaks@SteinSaksLegal.com>; 'David Force' <dforce@SteinSaksLegal.com>
**Cc:** 'mheller@sabety.net' <mheller@sabety.net>
**Subject:** RE: Traynor v Hereafter Court Order for Demonstration

Yaakov,

My client's CTO will be in NYC before that hearing, so we can arrange the demonstration at our office. I am waiting on the specific dates.

Thanks,

-t



Ted Sabety

Sabety + Associates PLLC
[733 Third Avenue, 15th Floor](#)
[New York, NY 10017](#)

212 481 8686 ph
917 414 4833 cel
646.349.2782 fax

[www.sabety.net](#)

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message. Thank You!