EXHIBIT D

## mheller@sabety.net

| | |
|---|---|
| **From:** | Yaakov Saks <ysaks@SteinSaksLegal.com> |
| **Sent:** | Wednesday, July 17, 2019 1:35 PM |
| **To:** | ted@sabety.net; David Force |
| **Cc:** | mheller@sabety.net |
| **Subject:** | RE: Adjournment of Pre Trial Conference   Traynor v Hereafter  STATEMENT UNDER FRE 408 |

Ted,

That not an offer, we could do that without your clients permission right now. I need your client to put some money on the table for me to push my client.

Yaakov

Yaakov Saks, Esq.
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ, 07601
P. (201) 282-6500 ext 101
F. (201) 282-6501

Stein Saks, PLLC

**From:** ted sabety <ted@sabety.net>
**Sent:** Wednesday, July 17, 2019 1:30 PM
**To:** Yaakov Saks <ysaks@SteinSaksLegal.com>; David Force <dforce@SteinSaksLegal.com>
**Cc:** mheller@sabety.net
**Subject:** RE: Adjournment of Pre Trial Conference Traynor v Hereafter STATEMENT UNDER FRE 408

Yaakov,

Here is our counteroffer:

If Plaintiff drops the case with prejudice and pays Areaware for its costs defending the case, Areaware will not to seek sanction from the court.

Regards,

-t

**From:** Yaakov Saks <ysaks@SteinSaksLegal.com>
**Sent:** Wednesday, July 17, 2019 12:01 PM
**To:** ted@sabety.net; David Force <dforce@SteinSaksLegal.com>
**Cc:** mheller@sabety.net
**Subject:** RE: Adjournment of Pre Trial Conference Traynor v Hereafter

Good morning,