```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  JUL 3 0 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YASEEN TRAYNOR, *on behalf of himself and all others similarly situated*, :

         Plaintiff, :

  -against- :

THE HEREAFTER, INC., *doing business as Areaware, Inc*, :

         Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 3021 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Defendant's motion to dismiss with prejudice for failure to state a claim, (ECF No. 8), is GRANTED.  Plaintiff's motion to dismiss without prejudice, (ECF No. 18), is DENIED.[1]

  The Clerk of Court is directed to close the motions, (ECF Nos. 8, 9, 18), accordingly.

Dated: New York, New York
   July 30, 2019

               SO ORDERED.

               *George B. Daniels*
               GEORGE B. DANIELS
               United States District Judge

---

[1] Defendant's motion to stay discovery, (ECF No. 9), is DENIED as moot.