UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YASEEN TRAYNOR, on behalf of himself and
all others similarly situated,
                          Plaintiff,

  -against-                                       19 **CIVIL** 3021 (GBD)

## JUDGMENT

THE HEREAFTER, INC., doing business as
Areaware, Inc.,
                          Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 30, 2019, Defendant's motion to dismiss with prejudice for failure to state a claim, (ECF No. 8), is granted; Plaintiff's motion to dismiss without prejudice, (ECF No.18), is denied.

**Dated:** New York, New York
           July 31, 2019

                                                          RUBY J. KRAJICK
                                                            Clerk of Court
                                                  BY:
                                                            Deputy Clerk

                                                    THIS DOCUMENT WAS ENTERED
                                                    ON THE DOCKET ON 7/31/2019